# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129769

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GORDON SAKOU MITCHELL, a/k/a
JAMAR MITCHELL,
      Defendant-Appellant.

SC: 129769
COA: 264014
Wayne CC: 04-004535

_____/

     On order of the Court, the application for leave to appeal the September 22, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

p0221